April 11, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

LAMBERT ADUMEKWE, Appellant

NO. 14-12-00169-CV                          V.

NEW HAMPHIRE INSURANCE COMPANY, Appellee

_____

This cause, an appeal in favor of appellee, New Hamphire Insurance Company, signed, January 11, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Lambert Adumekwe.

We further order this decision certified below for observance.